**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00065-CV**
_____

**JOHNATHAN COOPER, Appellant**

**V.**

**KEVIN YOUNG, Appellee**

On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. E205815

**MEMORANDUM OPINION**

Johnathan Cooper filed a notice of appeal in Trial Cause Number E205815. In the notice of appeal, Cooper stated, "after several request to both clerk and court coordination for status update/Jury trial setting other the years – with no response, files this - to determine whats going on with above-styled cause." We notified the parties that the notice of appeal did not identify a final judgment or an appealable order, and we warned the parties that the appeal would be dismissed for lack of

jurisdiction unless the Court received a response showing a ground for continuing the appeal.

Generally, in civil cases appellate courts review only final judgments and interlocutory orders specifically made appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An appeal from an interlocutory order may proceed as an accelerated appeal "when allowed by statute[.]" *See* Tex. R. App. P. 28.1. Cooper filed a response, but he failed to identify a final judgment or a written order from which an appeal is authorized by law. Accordingly, we dismiss the appeal for lack of jurisdiction. *See id*. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 24, 2024
Opinion Delivered April 25, 2024

Before Golemon, C.J., Horton and Wright, JJ.

2